IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WESSLEY RODGERS,

    Plaintiff,

v.                                     Case No. 22-CV-00641 KG/JFR

RAUL TORREZ,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order, (Doc. 25), granting summary judgment for Defendant Raul Torrez on the grounds of absolute prosecutorial immunity, all claims against Mr. Torrez are hereby dismissed with prejudice.[1]

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See e.g., David v. Oklahoma*, 2019 WL 8108352, at *2 (W.D. Okla. Nov. 22, 2019); *Roman Serpik LLC v. Marsee*, 2023 WL 4553622, at *4 (W.D. Okla. July 14, 2023) (dismissing claims against defendant entitled to absolute prosecutorial immunity with prejudice).